Samuel A. Gibson, appellee, v. Calvin R. Mower, appellant. Gen. No. 7,561.

Action for commission for sale of stock under verbal contract. Judgment for plaintiff. Appeal from the Circuit Court of Winne-

bago county; the Hon. E. D. Reynolds, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 3, 1926. Rehearing denied April 7, 1926.

Hyer & Gill, for appellant. B. A. Knight, for appellee.

Mr. Justice Partlow delivered the opinion of the court.